Thomas P. Bleau, Esq., SBN 152945
tbleau@bleaufox.com
Martin Fox, Esq., SBN 155783
mfox@bleaufox.com
Gennady L. Lebedev, Esq., SBN 179945
glebedev@bleaufox.com
Megan A. Childress, Esq., SBN 266926
mchildress@bleaufox.com
BLEAU FOX, A P.L.C.
3575 Cahuenga Blvd., West, Suite 580
Los Angeles, California 90068
Telephone: (323) 874-8613
Facsimile: (323) 874-1234

Attorney for Plaintiff,
F.S. MEHRDAD

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.S. MEHRDAD, an individual;<br><br>               Plaintiffs,<br>v.<br><br>EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES, INC., a Texas corporation and DOES 1 through 10, Inclusive;<br><br>               Defendants. | CASE NO: 2:12-cv-08849-PA-VBK<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:   October 16, 2012<br>District Judge:     Hon. Percy Anderson<br>Dept:                15<br>Magistrate:       Hon. Victor B. Kenton<br>Dept:                590<br>Trial Date:        Not Set |

     Having considered the Stipulation of Dismissal of Entire Action With Prejudice by and between the parties, the Court hereby orders this entire action to be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Date: May 16 , 2013

_____
Hon. Percy Anderson
United States District Judge

---

-1-

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE