1  Thomas P. Bleau, Esq., SBN 152945         JS-6
   tbleau@bleaufox.com
2  Martin Fox, Esq., SBN 155783
   mfox@bleaufox.com
3  Gennady L. Lebedev, Esq., SBN 179945
   glebedev@bleaufox.com
4  Megan A. Childress, Esq., SBN 266926
   mchildress@bleaufox.com
5  BLEAU FOX, A P.L.C.
   3575 Cahuenga Blvd., West, Suite 580
6  Los Angeles, California 90068
   Telephone: (323) 874-8613
7  Facsimile: (323) 874-1234

8  Attorney for Plaintiff,
   F.S. MEHRDAD
9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.S. MEHRDAD, an individual; | CASE NO: 2:12-cv-08849-PA-VBK |
| Plaintiffs, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES, INC., a Texas corporation and DOES 1 through 10, Inclusive; | Complaint Filed: October 16, 2012<br>District Judge: Hon. Percy Anderson<br>Dept: 15<br>Magistrate: Hon. Victor B. Kenton<br>Dept: 590<br>Trial Date: Not Set |
| Defendants. | |

Having considered the Stipulation of Dismissal of Entire Action With Prejudice by and between the parties, the Court hereby orders this entire action to be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Date: May 16 , 2013                    _____
                                       Hon. Percy Anderson
                                       United States District Judge

---

-1-

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE